# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

| | |
|---|---|
| In re:    CHARLES HERBERT JIMMERSON JR<br>MARY BERNICE JIMMERSON | Chapter 13<br>Case No.: 05-51760-FJS |
| Debtors | |

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| (Debtor(s) or Creditor(s) name and address) | (Amount of dividend) |
|---|---|
| NCO FINANCIAL SYSTEMS INC<br>PO BOX 41567<br>PHILADELPHIA, PA 19101 | $45.96 |

Date: July 28, 2010

/s/ Michael P. Cotter

Michael P. Cotter
Chapter 13 Standing Trustee
870 Greenbrier Circle, Suite 402
Chesapeake, VA 23320
(757) 961-3000